briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–1876. FOREMOST PRO COLOR, INC. *v.* EASTMAN KODAK CO. C. A. 9th Cir.;

No. 82–1888. VOLKSWAGENWERK A. G. *v.* FALZON ET AL., INDIVIDUALLY AND AS NEXT FRIENDS OF FALZON ET AL. Sup. Ct. Mich.;

No. 82–1899. TRANS WORLD AIRLINES, INC. *v.* NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL. Ct. App. N. Y.;

No. 82–1938. CALIFORNIA ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA ET AL. C. A. 9th Cir.; and

No. 82–2128. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* LITTON SYSTEMS, INC., ET AL. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 82–6502. IN RE RUSH, 462 U. S. 1117. Motion of petitioner to reconsider order denying leave to proceed *in forma pauperis* denied.

No. 82–6702. GANEY *v.* SAFRON ET AL., 463 U. S. 1205. Motion of petitioner to reconsider order denying leave to proceed *in forma pauperis* denied.

No. 82–6854. IN RE NAKAGAWA. C. A. 10th Cir. Petition for writ of common-law certiorari denied.

No. 82–6883. IN RE SMITH;
No. 82–6900. IN RE TIMSON;
No. 82–6901. IN RE PAVILONIS;
No. 82–6983. IN RE COURTNEY; and
No. 83–5094. IN RE GIBSON. Petitions for writs of mandamus denied.

No. 82–6816. IN RE MCDONALD; and
No. 82–6857. IN RE SIMS. Petitions for writs of mandamus and/or prohibition denied.

No. 83–89. IN RE THOMASSEN. Motion of petitioner to expedite consideration of the petition for writ of mandamus denied. Petition for writ of mandamus denied.